UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0011ML |
| | ) | |
| LATRALL MANGUM | ) | |

MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Now comes Latrall Mangum, the Defendant in the above captioned matter, and moves this Honorable Court to reduce his sentence pursuant to the retroactive amendment of U.S.S.G. § 2D1.1, in accordance with 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Mr. Mangum submits the attached memorandum of law in support of this motion.

Respectfully submitted
Latrall Mangum
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kenneth Madden, Assistant United States Attorney, and Kristin Mattias, United States Probation Officer, on March 14, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0011ML |
| | ) | |
| LATRALL MANGUM | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT[1]

Mr. Mangum has moved for a reduction of his sentence based on the recent retroactive amendment to the sentencing guidelines. The United States Sentencing Commission amended the guidelines pertaining to cocaine base offenses as of November 1, 2007. That amendment effectively lowered the guidelines by two offense levels. In December, 2007, the Commission made the amendment retroactive and thus creating the potential for lower sentences for individuals already serving sentences for cocaine base convictions.

Mr. Mangum pled guilty to possessing cocaine base with the intent to distribute on February 11, 2004. The probation department calculated his guideline range based on just over 22 grams of cocaine base and added a two point enhancement for the involvement of a firearm. Combined with Mr. Mangum's criminal history, his guideline sentencing range was 87 to 108 months of incarceration. Mr. Mangum was sentenced prior to the Supreme Court holding in *United States v. Booker*, 543 U.S. 220 (2005), and therefore the Court was mandated to follow the United States Sentencing Guidelines. On May 25, 2004, Mr. Mangum appeared before the Court for sentencing and he received a guideline sentence of 87 months in custody.

According to the Bureau of Prisons, Mr. Mangum is presently scheduled for release on January 19, 2010. That date reflects approximately 10 ½ months of credit for good behavior on Mr. Mangum's part. Applying the 2 point decrease in offense level to Mr. Mangum's situation results

[1] This motion made without argument at this time as to the application of *Kimbrough v. United States*, 128 S. Ct. 558, 2007 U.S. LEXIS 13082 (2007), or *United States v. Booker*, 543 U.S. 220 (2005) to Mr. Mangum's sentencing.

in a 17 month drop in the guideline range on the low end; from 87 to 70 months. Assuming a similar sentence reduction were granted by the Court, and Mr. Mangum remained in good standing with the BOP, his release date would move up to approximately mid-July, 2008. That date would also make him immediately eligible for transfer to community confinement for completion of his sentence. This reduced sentence remains in harmony with both the particular considerations relative to Mr. Mangum under 18 U.S.C. § 3553(a) and the advisory sentencing guidelines as now amended, and also comports with recent Supreme Court decisions instructing the district courts on sentencing.[2]

For these reasons the Court should grant this motion.

Respectfully submitted
Latrall Mangum
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kenneth Madden, Assistant United States Attorney, and Kristen Mattias, Supervising United States Probation Officer, on January 25, 2008.

/s/ Kevin J. Fitzgerald

---

[2] *See, e.g., Gall v. United States*, 128 S. Ct. 586, 2007 U.S. LEXIS 13083 (2007), *Kimbrough,* 2007 U.S. LEXIS 13082, *Rita v. United States*, 127 S. Ct. 2456, 2007 U.S. LEXIS 8269 (2007), *and Booker*, 543 U.S. 220.